**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

EUGENE LAMOND GUIDRY (#388376)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

25-384-SDD-EWD

*CONSOLIDATED WITH*

EUGENE LAMOND GUIDRY (#388376)

VERSUS

TIM NOOPER, ET AL.

CIVIL ACTION

26-502-SDD-EWD

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated October 19, 2026, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined, Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 16.

based on the Court's screening under 28 U.S.C. § 1915A, and these consolidated cases shall be closed.

Signed in Baton Rouge, Louisiana, on this 19th day of November, 2026.

Shelly Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**